JASPER GARRETSON *vs.* JOHN J. BROWN.

In error to the Supreme Court.

*I. W. Scudder* and *W. L. Dayton*, for plaintiff in error.

*Zabriskie* and *Bradley*, for defendant.

(No opinion has been furnished the reporter.)

The judgment of the Supreme Court, reported in 2 *Dutcher* 425, was affirmed by the following vote:

*For affirmance*—The CHANCELLOR, and Judges HAINES, RYERSON, RISLEY, SWAIN, and WOOD.

*For reversal*—Judge CORNELISON.

CITED *in National Bank of Metropolis* v. *Sprague*, 5 *C. E. Gr.* 28.